# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.:**  12-cv-02540-MSK-MJW         FTR - Courtroom A-502

**Date:** November 27, 2012                        Courtroom Deputy, Robin Mason

KERI J. THOMPSON,                                  Michael Henry Jackson Born

    Plaintiff,

v.

ECONOMY PREMIER ASSURANCE GROUP,                   Bradley Don Tucker

    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:    1:59 p.m.**
Court calls case.  Appearances of counsel.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Joinder of Parties/Amendment to Pleadings: **January 31, 2013**

Discovery Cut-off: **June 28, 2013**

Dispositive Motions Deadline: **July 31, 2013**

Each side  shall be limited to four (4) expert witnesses, without further leave of Court.
Plaintiff's shall designate experts **on or before April 5, 2013**; Defendant's shall designate experts **on or before May 10, 2013**
Parties shall designate rebuttal experts   **on or before June 7, 2013**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before May 24, 2013.
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and  twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions (including experts).  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than June 28, 2013**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

A **SETTLEMENT CONFERENCE** was not set.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date.   The parties anticipate a Five (5) day trial to a jury.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**


Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.


**[X]**   Scheduling Order is signed and entered  with interlineations


Discussion between the court and the parties regarding the plaintiff's Unopposed MOTION to Amend/Correct/Modify AMEND CASE CAPTION (Docket No. 16, filed on 11/16/2012).


**ORDERED:**   The court **GRANTS** the plaintiff's Unopposed MOTION to Amend/Correct/Modify AMEND CASE CAPTION (Docket No. 16, filed on 11/16/2012).  The caption shall be amended as outlined in the motion.


HEARING CONCLUDED.

**Court in recess:**      2:14 p.m.
Total in-court time: 00:15